## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kianna Gardner
                              Plaintiff,

v.                                                      Case No.: 1:22–cv–01272
                                                       Honorable Steven C. Seeger

Ferrara Candy Company
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 13, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the spreadsheet submitted by Plaintiff's counsel. (Dckt. No. [29]) Counsel celebrated the fact that the spreadsheet "includes the information requested by the Court and more." Actually, the inclusion of additional information rendered the text microscopic, making the spreadsheet unreadable to any pair of eyes old enough to peer from behind the bench. The spreadsheet includes 12 columns. As previously ordered, the spreadsheet should have six columns: (1) the date of filing; (2) the case name; (3) the case number; (4) the district; (5) whether the defendant(s) moved to dismiss; and (6) whether the motion to dismiss was granted. Less is more, especially when more requires a microscope. Answering questions that this Court did not ask obscures the answers to the questions that the Court did ask, especially when it renders the answers unreadable. So counsel must redo it. Counsel must revise the spreadsheet, refile it, and resend it to the proposed order inbox by April 17, 2023. The spreadsheet must cover all cases where attorney Sheahan was counsel of record at the time of the filing of the complaint, even if the complaint was filed under the signature of another attorney. A failure to comply will lead to appropriate relief. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.