## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kianna Gardner
                            Plaintiff,

v.                                           Case No.: 1:22−cv−01272
                                                      Honorable Steven C. Seeger

Ferrara Candy Company
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 11, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: On March 22, 2023, this Court issued its opinion granting the motion to dismiss. (Dckt. No. [27]) Since then, a month and a half have passed, and Plaintiff has not sought leave to amend the complaint. So the Court will enter final judgment. Final Judgment Order to follow. Suffice it to say that this case about creamy candy has left this Court with a sour taste in its mouth. The theory of the case was not close to viable. The facial deficiency of the complaint prompted this Court to order Plaintiff's counsel to file a spreadsheet identifying all similar consumer cases that he has filed across the country. (Dckt. Nos. [28], [31]) This Court will keep that spreadsheet in hand and in mind, just in case Plaintiff's counsel files another case in this district with the same basic theory. Going forward, counsel should proceed with eyes wide open. The case complaint is dismissed. The case is closed. Civil case terminated. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.