# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

KIANNA GARDNER,

Plaintiff,

v.

FERRARA CANDY COMPANY.,

Defendants.

Case No. 22-cv-01272
Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of Defendants
and against Plaintiff

☒ other: The Court granted the motion to dismiss in favor of Defendant Ferrara Candy Company and against plaintiff Kianna Gardner. This case is hereby dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger.

Date: 5/11/2023

Thomas G. Bruton, Clerk of Court

Jessica J. Ramos, Deputy Clerk